IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00230-MR

| | | |
|---|---|---|
| LAWRENCE BARD and LOUISE BARD, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | **O R D E R** |
| BANK OF AMERICA, N.A. and MINDY JOHNSON, | ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court on the Plaintiffs' Response to Show Cause Order [Doc. 17].

Upon review of the Plaintiffs' Response, the Court finds that the Plaintiffs have stated good cause for their failure to effect service on the Defendant Mindy Johnson.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiffs shall have through and including April 14, 2013 within which to cause new summons to issue and to complete service of process on the Defendant Mindy Johnson.

**IT IS SO ORDERED.**

Signed: February 19, 2013

Martin Reidinger
United States District Judge