# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:12-cv-00230-MR

| | |
|---|---|
| LAWRENCE BARD and ) <br> LOUISE BARD, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br>  ) <br> vs. ) <br>  ) <br>  ) <br> BANK OF AMERICA, N.A. and ) <br> MINDY JOHNSON, ) <br>  ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiffs' Response to Show Cause Order [Doc. 17].

Upon review of the Plaintiffs' Response, the Court finds that the Plaintiffs have stated good cause for their failure to effect service on the Defendant Mindy Johnson.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiffs shall have through and including April 14, 2013 within which to cause new summons to issue and to complete service of process on the Defendant Mindy Johnson.

**IT IS SO ORDERED.**

Signed: February 19, 2013

Martin Reidinger
United States District Judge