IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00230-MR-DLH

LAWRENCE BARD and LOUISE BARD,  )
)
)
Plaintiffs,  )
)
vs.  )
)
BANK OF AMERICA, N.A.,  )
)
Defendant.  )
_____  )

## J U D G M E N T

**FOR THE REASONS STATED** in the Memorandum of Decision and Order filed contemporaneously herewith, **IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendant's Motion for Summary Judgment is **GRANTED**, and this action is hereby **DISMISSED**.

Martin Reidinger
United States District Judge