# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:12-cv-00230-MR-DLH

| | |
|---|---|
| LAWRENCE BARD and LOUISE BARD, <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF AMERICA, N.A. and MINDY JOHNSON, <br><br> Defendants. | ) ) ) ) ) ) ) **O R D E R** ) ) ) ) ) ) |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiffs brought this action, asserting claims against Bank of America, N.A. ("Bank") and Bank of America loan officer Mindy Johnson ("Johnson"). [Doc. 1]. When Johnson failed to answer or otherwise appear in this action, the Clerk made an entry of default against her. [Doc. 27]. The Bank appeared and defended this action, and the Court now has entered summary judgment in favor of the Bank. [See Doc. 48]. For the reasons that support the entry of summary judgment as to the Bank, the Court finds that the Plaintiffs' claims against Johnson must be dismissed as well.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' action is hereby **DISMISSED** as to the Defendant Mindy Johnson.

An Amended Judgment consistent with this Order shall be entered contemporaneously herewith.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge