IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00230-MR-DLH

LAWRENCE BARD and LOUISE BARD, )
)
)
Plaintiffs, )
)
vs. )
)
BANK OF AMERICA, N.A., )
)
Defendant. )

## AMENDED JUDGMENT

**FOR THE REASONS STATED** in the Orders filed contemporaneously herewith, **IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendant's Motion for Summary Judgment is **GRANTED**, and this action is hereby **DISMISSED** as to both Defendants.

Martin Reidinger
United States District Judge